**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

**-vs-**                                                              Case No.   3:25-mj-1385-SJH

**RICHARD HARRIS**                            Defense Atty: Clyde M. Collins, Jr., Esquire
                                                            AUSA: David Mesrobian, Esquire

| JUDGE | Samuel J. Horovitz<br>U. S. Magistrate Judge | DATE AND TIME | 8/12/2025<br>1:49 p.m. - 2:06 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Barbara Rothermel | TAPE/REPORTER | Digital |
| INTERPRETER | None present | PRETRIAL/PROBATION | Jacob Ely |

CLERK'S MINUTES

**PROCEEDINGS:**                **INITIAL APPEARANCE – RULE 5 (c)(3)**

Defendant arrested on an arrest warrant on an Indictment out of the District of Maine.

Defendant requested court appointed counsel. Defendant placed under oath and questioned regarding his financial affidavit. The Court finds Defendant unable to afford counsel and appoints the Clyde M. Collins, Jr., Esquire.    **Order to enter**.

Defendant advised of rights and charges.

Defendant advised of his right to an identity hearing.

Counsel for Defendant advised the Court that Defendant desires to waive his identity and detention hearings in this district.

The Court finds Defendant freely, voluntarily, knowingly and intelligently waived his right to identity and detention hearings in this district.   The Court accepts the waiver.

Government's oral motion for detention is **GRANTED**.

**Commitment to Another District to enter.**

As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the Defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny.   Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

**FILED IN OPEN COURT:**
    **CJA 23 Financial Affidavit**
    **Waiver of Rule 5 & 5.1 Hearings**